IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

NOV 28 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

SHARON CLOUD
  Plaintiff

  VS.

STATE OF KANSAS
  Defendant

Case No: 23 CV 1200
  JWB-GEB

JURY TRIAL DEMANDED

~~MOTION~~ TO AMEND COMPLIANT

 Comes Now Sharon Cloud as Plaintiff in the above captioned cause and respectfully moves this court to amend the compliant previously filed on 9/20/23 by Sharon Cloud in this cause to read as the Amended Compliant attached as a hereto and made a part hereof, as grounds for this motion, Plaintiff states that since filing the initial compliant new facts about the names of the correct Defendants in this case caption and about the Defendants conduct have emerged and Pliantiff states that Justice requires that this court allow the motion to Amend.

Respectfully Submitted
By /s/ Sharon Cloud 11/28/23
  Sharon Cloud



# AMENDED COMPLIANT

This Cause of Action is for 18 U.S.C 249 Hate Crime Acts
This Cause of Action is for 18 U.S.C 241 Conspiracy Against Rights
This Cause of Action is for 18 U.S.C 242 Deprivation of Rights under Color of law
This Cause of Action is for 18 U.S.C 245 Federally Protected Activites
arising under the Civil Rights Act of 1866 42 USC 1981 as amended.

This Cause of Action is for 18 U.S.C. 287 False, Fictitious or Fraudulent Claims
This Cause of Action is for 18 U.S.C. 371 Conspiracy to Defraud the United States
This Cause of Action is for 18 U.S.C 641 Theft of Government Property
This Cause of Action is for 18 U.S.C 666 Theft or Bribery Concerning Programs receiving Federal Funds

<u>Plaintiff</u>
Sharon Cloud
7525 W Taft
Wichita, KS 67209
6204915068
Secloud35@gmail.com


<u>Defendants</u>         State of Kansas
Kris Kobach (Kansas Attorney General)
120 SW 10th Ave 2nd floor
Topeka, KS 66612
7852962215


Douglas W. McNett (Pawnee County Attorney)
715 Broadway Street 3rd floor
Larned, KS 67550
6202852139


Richard Raleigh (Harper County Attorney)
201 N. Jennings Ave 4th floor
Anthony, KS 67003
6208426070

Defendants

Matthew Ricke (Kingman County Attorney)
349 N. Main
Kingman, KS 67068
620 532 3044

Brandon T. Ritcha (Anthony City Attorney)
349 N. Main
Kingman, KS 67068
620 532 2521

Mandi Stephenson (Attorney at Law)
227 N. Main St.
Kingman, KS 67068
620 532 5156

Matthew Metcalf (Attorney at Law)
107 E. Harvey Ave
Wellington, KS 67152
620 448 4258

Michael C. Brown (Attorney at Law)
College Park Office Center
1121 N College Park Dr. Ste 500
Derby, Kansas 67037
316 777 1186

Defendants
Julie Fletcher Cowell (Municipal Judge)
715 Broadway
Larned, KS 67550
6202856937

Scott McPherson (Municipal Judge)
201 N. Jennings Ave 3rd floor
Anthony, KS 67003
6208423721

Candace R. Lattin (Municipal Judge)
118 E. Washington
Medicine Lodge, KS 67104
6208865639

Tracey Chance (Harper County Sheriff)
115 E. Steadman St.
Anthony, KS 67003
6208425135

Melania Miller (Harper County Sheriff)
115 E. Steadman St.
Anthony, KS 67003
6208425135

Defendants
Wyatt Allen (Harper County Sheriff)
115 E Steadman St
Anthony, KS 67003
6208425135

Chad Thompson (Anthony Police Officer)
202 S Bluff
Anthony, KS 67003
6208425123

Lesia Dipman (Superintendent)
Larned State Hospital
1301 KS Hwy 264
Larned, KS 67550
6202852131

Cody Morris (Booking Officer)
115 E Steadman St
Anthony, KS 67003
6208425135

Chris Rothenbush (Booking Officer)
115 E Steadman St
Anthony, KS 67003
6208425135

# SUFFICIENT FACTS

Sharon Cloud, Plaintiff was awarded Federal Benefits on 4/15/19. Plaintiff made a decision on 7/6/21 to decline medical insurance under Plaintiff Medicare only desiring to have Medicare Part A (Hospital Only) on Plaintiff Federal Benefits. Plaintiff expressed herself loud and clear with her words and actions that she did not want Defendants services. On 9/3/21 Plaintiff purchase a brandnew 2021 Chevrolet Spark vehicle under Federal Law from Oklahoma State directly from Gm manufacture to use for Plaintiff disability.

Sharon Cloud, Plaintiff was the target of a Hate Crime by the Defendants named in this case, because Plaintiff is black, female, that have Seizures that is triggered by stress.

Defendants named in this case was Prejudice, and bias toward Sharon Cloud, Plantiff. Defendants Discrimination was motivated by Plaintiff color, gender and disability.

## SUFFICIENT FACTS

Defendants named in this case used there Position of Power and there criminal organizations to carry out there Hate Crime against Sharon Cloud, Plaintiff.

Defendants named in this case went to great lengths to kidnap, oppress, silence, harass, hurt, bully, tortue, isolate, and humiliate Sharon Cloud, Plaintiff.

Defendants named in this case used actual and threaten force, violence, intimidation to extort money and property from Sharon Cloud, Plaintiff, in order to fund there criminal organizations for there own personal gain and to use Plaintiff in order to Defraud the United States.

Defendants getting paid for services that was never provided to Sharon Cloud, Plaintiff.

Defendants named in this case influenced and promoted staff to participate in there Hate Crime against Sharon Cloud, Plaintiff.

## SUFFICIENT FACTS

Staff at Isaac Ray East 2 in Larned, KS would force Sharon Cloud, Plaintiff to engage in self harm by forcing Plaintiff to take narcotics in either pill form or liquid form by mouth that have life threatening side effects.

When Sharon Cloud, Plaintiff would refuse Nurse would call Larned State Security to hold Plaintiff down and force inject a foreign substance in Plaintiff arm or buttocks, which would paralyze Plaintiff, which would trigger Plaintiff seizures. Plaintiff would then be left alone in Plaintiff assign room with no medical assistance or Healthcare.

Defendants hijack the State legal system in order to make sure Sharon Cloud, Plaintiff will have no chance for survival and to cripple the Administration of Justice.

# SUFFICIENT FACTS

Defendants named in this case extorted $5802.50 in Public Money from the United States through one of there criminal enterprise Cross Road Bail Bonds.

Defendants deprived Sharon Cloud, plaintiff of her vehicle and sold Sharon Cloud, plaintiff vehicle to a white female, Through one of there criminal enterprise Newberry Family Auto.

Defendants seized Sharon Cloud, plaintiff brandnew Zfold3 cell phone through Newberry Family Auto.

# FACTS

Chad Thompson arrested Sharon Cloud on 11/27/21 without probable cause, searched and seized Sharon Cloud vehicle. Sharon Cloud was taken to Harper County Jail. Cody Morris the booking officer for Harper County Jail informed Sharon Cloud that he need to put her in there system so when she come back to Harper County Jail she would already be in there system.

Cody Morris was met with resistance from Sharon Cloud. Chad Thompson and Wyatt Allen enter the booking room. All 3 white males began to put on black gloves and inform Sharon Cloud that if she did not comply that she would be held in Jail to sleep on the hard floor in isolation.

Sharon Cloud was forced to accept a Strategic Lawsuit Against Public Participation in order to be release on a own recognizance bond, on 11/27/21.

# FACT

The Powers That Be which they call themselves is white supremacist, who thrive off Absolute Power.

Kris Kobach a white male
Douglas W McNett a white male
Richard Raleigh a white male
Matthew Ricke a white male
Brandon T Ritcha a white male
Tracey Chance a white male

executed there plan on 4/20/22 to carry out there Hate Crime against Sharon Cloud and subjected Sharon Cloud to Inhumane jail condition because of Sharon Cloud color, gender and disability, which includes Attempted Murder, and Sharon Cloud was denied a right to Health.

# FACTS

Melania Miller a white female Kidnap Sharon Cloud on 4/20/22 searched and seized Sharon Cloud vehicle. Sharon Cloud was taken to Harper County Jail and was held for ransom in the amount $5802.50.

Sharon Cloud refused to accept Cross Roads Bail Bond in the amount of $5802.50 on 4/22/22. Because Sharon Cloud would not assist the perpetrators to Defraud the United States, Sharon Cloud was then transported to a secret location Isaac Ray East 2 in Larned, KS on 5/25/22.

# FACTS

Sharon Cloud never contracted with Harper County Jail.

The booking officer Chris Rothenbush on 4/20/22 is a white male who would get in Sharon Cloud face yell and call her names as spit would come from his mouth onto Sharon Cloud face.

Sharon Cloud was physically assaulted by the white males and white females that work at Harper County Jail.

Most of the time Sharon Cloud was at Harper County Jail was spent in isolation; as continued punishment.

Chains, guns, tasers were also used in the assistance of this Hate Crime against Sharon Cloud.

# FACTS

Court Appointed Attorneys.

Mandi Stephenson a white female informed Sharon Cloud that if she did not cooperate that things would only get worse for Sharon Cloud.

Matthew Metcalf- a white male tried to force Sharon Cloud to do what is not in her best interest;

Michael C Brown - a white male stood over Sharon Cloud and yelled "Now you listen to me!"

Case 6:23-cv-01200-JWB-GEB   Document 17   Filed 11/28/23   Page 16 of 18

# FACTS

Sharon Cloud never contracted with Larned State Hospital

Physicians were paid for there participation in the Hate Crime Against Sharon Cloud at the expense of Sharon Cloud and the United States.

There are no physician-patient privilege

Sharon Cloud never contracted with a Court Appointed Attorney.

Attorneys were paid for there participation in the Hate Crime Against Sharon Cloud at the expense of Sharon Cloud and the United States.

There are no attorney client privilege

There are no State Secrets privileges

## FACTS

Judges who signed there names in agreement in the participation in this Hate Crime against Sharon Cloud.

Julie Fletcher Cowell   a white female
Scott McPherson   a white male
Candace Lattin   a white female

Sharon Cloud sent a compliant to Lesia Dipman a white female of what was happening to her while she was being held at Isaac Ray East 2 at Larned State Hospital.

Sharon Cloud compliants and call out for help fell on death ears.

Sharon Cloud was release from Harper County Jail on 11/2/22 on a own recognizance bond.

Sharon Cloud is a Victim, Witness and Survival of Hate Crime.

# REMEDY

Sharon Cloud, Plaintiff is requesting from this court the right to an effective remedy since Plaintiff human rights have been violated to legal remedy. Such a remedy would be accessible, binding, capable of bringing perpetrators to Justice, provide appropriate reparations and prevent futher violations of the Plaintiff rights.

Respectfully Submitted
By Sharon Cloud 11/28/23
Sharon Cloud
7525 W. Taft
Wichita, KS 67209
620 491 5068
secloud35@gmail.com.