# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**SHARON CLOUD,**

        **Plaintiff,**

v.                                                         Case No: 23-1200-JWB

**STATE OF KANSAS,**
**DOUGLAS W. MCNETT,**
**RICHARD RALEIGH,**
**MATTHEW RICKE,**
**BRANDON T. RITCHA,**
**MANDI STEPHENSON,**
**MATTHEW METCALF,**
**MICHAEL C. BROWN,**
**JULIE FLETCHER COWELL,**
**SCOTT MCPHERSON,**
**CANDACE R. LATTIN,**
**TRACEY CHANCE,**
**MELANIA MILLER,**
**WYATT ALLEN,**
**CHAD THOMPSON,**
**LESIA DIPMAN,**
**CODY MORRIS,**
**CHRIS ROTHENBUSH,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed May 20, 2024, the State Defendants' motion to dismiss (Doc. 62) is GRANTED WITHOUT PREJUDICE under Rule 12(b)(1).  Thompson's motion to dismiss (Doc. 91) is GRANTED WITHOUT PREJUDICE under Rule 12(b)(5).  The remaining motions to dismiss (Docs. 37, 45, 52, 75, 97) are GRANTED WITH PREJUDICE.

|  |  |
|---|---|
| May 20, 2024 | SKYLER B. O'HARA |
| Date | CLERK OF THE DISTRICT COURT |
|  | by: s/ Joyce Roach |
|  | Deputy Clerk |